

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen C. Gulliver
colleen.gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

January 23, 2026

**<u>VIA ECF</u>**
Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 21A
New York, NY 10007

Re:  ***Breary v. ByHeart, Inc.*, Case No. 1:25-cv-9774-NRB**
      **ByHeart, Inc.'s Consent Letter Request for a Stay Pending Ruling on MDL**
      **Petition**

Dear Judge Buchwald:

We represent defendant ByHeart, Inc. in the above-referenced action.  Pursuant to Rule 1(B) of Your Honor's Individual Practices, we write with the consent of Plaintiffs to respectfully request that the Court stay this action, including staying the deadline for ByHeart to answer, move, or otherwise respond to plaintiffs Rasselyn Breary, Breanna Motter, and Allison Nebel's complaint, until resolution of a pending motion to transfer and consolidate this and other actions into an MDL.

On January 15, 2026, a Motion to Transfer and Centralize Related Actions was filed in *In re ByHeart Infant Botulism Litigation*, MDL No. 3178 (S.D.N.Y.), ECF No. 1-1, seeking to transfer and consolidate this action along with eighteen others into an MDL, *id.* ECF No. 1-20. ByHeart's deadline to respond to the Complaint is February 9, 2026.

ByHeart respectfully requests a stay of this Action or, in the alternative, an extension of its time to respond to the Complaint, until 21 days after the Judicial Panel on Multidistrict Litigation issues its ruling on the pending MDL Motion.  Good cause exists for this request for two reasons. First, in the interests of party and judicial economy, issues of jurisdiction and consolidation should be resolved in the first instance before ByHeart's deadline to answer, move or otherwise respond to the Complaint.  Second, ByHeart is in the process of attempting to schedule a mediation in this and other related actions.  Additionally, on January 23, 2026, this Court granted ByHeart's Letter Motion to Stay filed in both *Pilato v. ByHeart, Inc.*, 1:25-cv-9550-NRB (*see* ECF. 18) and *Archuleta v. ByHeart, Inc.*, 1:25-cv-09714-NRB (*see* ECF 23).

ByHeart met and conferred with Plaintiff's counsel, who consented to this request.  This is ByHeart's first request for an extension of this deadline.  The requested extension will not affect any other scheduled dates.



Hon. Naomi R. Buchwald
January 23, 2026
Page Two


ByHeart appreciates the Court's consideration of this matter and will make itself available should the Court have any questions.

Respectfully submitted,

Colleen Carey Gulliver

cc:    All counsel of record via ECF


Application granted.  This Action is hereby stayed until 21 days after the Judicial Panel on Multidistrict Litigation issues its ruling on the pending Motion to Transfer and Centralize Related Actions in In re ByHeart Infant Botulism Litigation, MDL No. 3178, ECF No. 1-1.


SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    January 27, 2026
          New York, New York